FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

**Name of United States District Court for the** Western District of Washington

Case Number  C15-0754 RSM

BitTitan, Inc.,  Plaintiff,

v.  **NOTICE OF APPEAL**

SkyKick, Inc.,  Defendant.

Notice is hereby given that BitTitan, Inc. (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order Denying Preliminary Injunction (from the final judgment) ((from an order) (describe the order)) entered in this action on August 27, 2015 (date).

/s Case Collard
(Signature of appellant or attorney)

Dorsey & Whitney LLP
1400 Wewatta Street
Suite 400
Denver, Colorado 80202-5549
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.