THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BitTitan, Inc., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SkyKick, Inc. a Delaware corporation,<br><br>Defendant. | CIVIL ACTION NO. 2:15-cv-00754-RSM<br><br>**STIPULATED MOTION TO STAY**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 6, 2015** |

Plaintiff BitTitan, Inc. ("BitTitan") and Defendant SkyKick, Inc. ("SkyKick"), through their respective counsel of record, hereby stipulate and agree as follows:

1. BitTitan and SkyKick have been participating in ongoing settlement discussions, have reached a mutually agreeable settlement of this matter, and have executed a settlement agreement.

2. The parties wish to stay these proceedings for 30 days to allow sufficient time for the conditions of settlement to complete, including entry by the Court of a stipulated protective order which will be filed concurrently with this motion, and to avoid unnecessary expenditure of the resources of the Court and the parties.

3. A proposed order granting the requested relief is submitted herewith.

STIPULATED MOTION TO STAY - 1
2:15-cv-00754-RSM

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

WHEREFORE, the parties jointly move the Court to stay this case until November 5, 2015.

Dated: October 6, 2015

DORSEY & WHITNEY LLP

*/s/ Case Collard* _____
PAUL T. MEIKLEJOHN WSBA #17477
meiklejohn.paul@dorsey.com
Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
(206) 903-8800

CASE L. COLLARD (*PRO HAC VICE*)
collard.case@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
(303) 629-3400

*Attorneys for Plaintiff BitTitan, Inc.*


SUMMIT LAW GROUP PLLC

*/s/ Philip S. McCune*
Philip S. McCune, SWBA #21081
Steve O. Forney, WSBA #44704
*philm@summitlaw.com*
*stevef@summitlaw.com*
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000


ROPES & GRAY LLP

*/s/ James R. Batchelder*
James R. Batchelder (*pro hac vice*)

STIPULATED MOTION TO STAY - 2
2:15-cv-00754-RSM

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

James L. Davis, Jr. (*pro hac vice*)
*james.batchelder@ropesgray.com*
*james.l.davis@ropesgray.com*
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
(650) 617-4000

Laurence S. Rogers (*pro hac vice*)
*laurence.rogers@ropesgray.com*
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

*Attorneys for Defendant SkyKick, Inc.*

STIPULATED MOTION TO STAY - 3
2:15-cv-00754-RSM

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820